UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 19, 2005

Memo To Counsel Re: Joseph C. Schultz v. Christopher Braga, et al.
Civil No. JFM-03-556

Kristen M. Harkum v. Christopher Braga, et al.
Civil No. JFM-03-562

Dear Counsel:

I have reviewed memoranda submitted in connection with defendant Christopher Braga's motion to supplement the record.

The motion is granted. While the arguments made by plaintiffs are well founded, the simple fact of the matter is that the additional portions of Urey Patrick's deposition attached to Braga's motion (which I have read) would not alter my opinion that Braga's motion for summary judgment on the ground of qualified immunity should be denied. Therefore, it would elevate form over substance (and perhaps ultimately delay the ultimate resolution of this litigation) not to permit the record to be supplemented at this time to include those portions of Patrick's deposition.

Fairness requires, however, that plaintiffs also be permitted to supplement the record to include any materials they believe contradicts Patrick's supplemental testimony. That is so because the Fourth Circuit might find those materials to be significant in deciding Braga's appeal (even though I believe that Braga's qualified immunity motion should be rejected even taking Patrick's supplemental testimony into account). Accordingly, plaintiffs are likewise granted leave to supplement the record, on or before September 9, 2005, with any materials they believe contradict Patrick's supplemental testimony.[1]

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an

---

[1] I recognize this ruling puts the Fourth Circuit in the position of being the court of first impression to the extent that the qualified immunity defense turns upon an evaluation of any materials submitted by plaintiffs contradicting Patrick's supplemental testimony. However, as I have indicated, I do not believe such an evaluation is necessary because, any supplemental materials submitted by plaintiffs aside, I find that Patrick's supplemental testimony does not entitle Braga to qualified immunity. In any event, if the Fourth Circuit disagrees with me and is uncomfortable in evaluating in the first instance any new materials submitted by plaintiffs, it can remand the action to me.

order.

order.

       Very truly yours,

       /s/

       J. Frederick Motz
       United States District Judge